UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**
MAY 22 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 7:25-cr-021-KKC

TYLER C. ISAAC

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about January 7, 2025, in Johnson County, in the Eastern District of Kentucky,

**TYLER C. ISAAC,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ruger 9mm pistol with serial number 301-39747, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about January 7, 2025, in Johnson County, in the Eastern District of Kentucky,

**TYLER C. ISAAC**

did knowingly and intentionally possess with the intent to distribute controlled

substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in Count 1 of the Indictment, **TYLER C. ISAAC** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **TYLER C. ISAAC** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. By virtue of the commission of the felony offenses alleged in Count 2 of the Indictment, **TYLER C. ISAAC** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **TYLER C. ISAAC** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3. The property to be forfeited includes, but is not limited to, the following:

   **FIREARM:**
   1. Ruger 9mm pistol with serial number 301-39747; and
   2. Associated Ammunition and Accessories

### UNITED STATES CURRENCY
1. $911 in United States currency

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

### COUNT 2:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Forfeiture of listed items.